Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Lex Conboy (SBN 345251)
conboya@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN FANG, a California resident, and YU LIN, a California resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, a Texas limited liability company; NK IMMIGRATION SERVICES, LLC, a Texas limited liability company; PATRICK HOGAN, a Texas resident; and NOREEN HOGAN, a Texas resident,<br><br>Defendants. | Case No.: 2:24-cv-01618-DJC-DB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS** |

**ORDER**

The Court, having reviewed Defendants' Unopposed Motion for Administrative Relief to Extend Page Limit for Defendants' Motion to Dismiss, hereby ORDERS:

1. Defendants' motion is supported by good cause and is GRANTED.

2. The page limit for Defendants' memorandum in support of their forthcoming motion to dismiss is extended from 25 pages to 40 pages.

IT IS SO ORDERED.

Dated:  June 21, 2024              /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE