

United States District Court
Eastern District of California

Chen Fang, et al.

Plaintiff(s)

V.

CMB Export Infrastructure Investment Group 48 LP, et al.

Defendant(s)

Case Number: 2:24-cv-01618-DJC-DB

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Karla M. Vehrs                                                       hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

CMB Export Infrastructure Investment Group 48, LP; CMB Export LLC; NK Immigration Services, LLC; Patrick Hogan; Noreen Hogan

On _____10/27/2006_____ (date), I was admitted to practice and presently in good standing in the

_____State of Minnesota_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Shi Bai, et al. v. CMB Export Infrastructure Investment Group 48, LP, et al.;

2:24-cv-00807-DJC-DB; Date Applied: June 5, 2024; Date Granted: Granted June 5, 2024.

Date:_____06/05/2024_____          Signature of Applicant: /s/ ___Karla M. Vehrs_____

**Pro Hac Vice Attorney**

Applicant's Name: Karla M. Vehrs

Law Firm Name: Ballard Spahr LLP

Address: 2000 IDS Center, 80 South 8th Street

City: Minneapolis State: MN Zip: 55402-2119

Phone Number w/Area Code: (612) 371-2449

City and State of Residence: Minneapolis, MN

Primary E-mail Address: vehrsk@ballardspahr.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Scott S. Humphreys

Law Firm Name: Ballard Spahr LLP

Address: 2029 Century Park East, Suite 1400

City: Los Angeles State: CA Zip: 90067-2915

Phone Number w/Area Code: (424) 204-4400 Bar # 298021

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 24, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE