## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN FANG, a California resident, and YU LIN, a California resident, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, a Texas limited liability company; NK IMMIGRATION SERVICES, LLC, a Texas limited liability company; PATRICK HOGAN, a Texas resident; and NOREEN HOGAN, a Texas resident,<br><br>               Defendants. | Case No.: 2:24-cv-01618-DJC-DB<br><br>**ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

# ORDER

The Court, having considered the Parties' Stipulation re Briefing Schedule on Defendants' Motion to Dismiss (the "Motion"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

The briefing schedule and hearing date on the Motion shall be as follows:

1. Plaintiffs' opposition deadline:   Friday, August 9, 2024
2. Defendants' reply deadline:        Thursday, August 29, 2024
3. Motion hearing date:                Thursday, September 19, 2024 at 1:30 p.m.

**IT IS SO ORDERED**

Dated: July 11, 2024                         /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE