**IN THE DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chen Fang, a California resident; and Yu Lin, a California resident, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CMB Export Infrastructure Investment Group 48, L.P., a Delaware limited partnership; CMB Regional Centers, a Texas limited liability company; CMB Export, L.L.C., a California limited liability company; NK Immigration Services, L.L.C., an Illinois limited liability company; Patrick F. Hogan, an individual; Noreen Hogan, an individual; Doe Marketing and Sales Defendants (1-10); Doe Management Defendants (11-20); Doe Project Management and Due Diligence Defendants (21-30); Doe Enterprise Defendants; AND DOES (31-40) <br> Defendants. | Case No.: 2:24-cv-01618-DJC-SCR <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT UNDER SEAL, IN ACCORDANCE WITH THE STIPULATED PROTECTIVE ORDER** |

**ORDER**

The Court, having considered Plaintiffs' Request to Seal the Second Amended Complaint and accompanying exhibits, pursuant to Local Rule 141 and the Stipulation and Protective Order – Confidential and Highly Confidential Designations, initially filed in the Superior Court of Los Angeles, Case No. 22STCV25895, and lodged with this Court on November 5, 2024 (Dkt No. 46-96), finds that such documents may be appropriately filed under seal. The Court notes that Plaintiffs' counsel conferred with Defendants' counsel on April 28, 2025, and Defendants do not oppose this request, as confirmed in the Declaration of Valerie L. Savran. Accordingly, Plaintiffs' Request to Seal is hereby GRANTED.

Such documents shall be sealed for the duration of the litigation and cannot be unsealed without a subsequent order from this Court.

**IT IS SO ORDERED**.

Dated: April 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT UNDER SEAL, IN ACCORDANCE WITH THE STIPULATED PROTECTIVE ORDER