# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN FANG, a California resident, and YU LIN, a California resident, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, a Texas limited liability company; NK IMMIGRATION SERVICES, LLC, a Texas limited liability company; PATRICK HOGAN, a Texas resident; and NOREEN HOGAN, a Texas resident,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-01618-DJC-DB<br><br>**ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

The Court, having considered the parties' Stipulation re Briefing Schedule on Defendants' Motion to Dismiss Second Amended Complaint, and for good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The briefing schedule and hearing date on the Motion shall be as follows:

1. Defense Brief Due:  June 20, 2025
2. Plaintiff's Brief Due: July 25, 2025
3. Reply Brief:  August 8, 2025
4. Hearing on Motion:  October 2, 2025.

**IT IS SO ORDERED.**

Dated: May 16, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE