Scott Humphreys (SBN 298021)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
humphreyss@ballardspahr.com

Karla M. Vehrs (pro hac vice)
Kathryn E. Wendt (pro hac vice)
**BALLARD SPAHR LLP**
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
vehrsk@ballardspahr.com
wendtk@ballardspahr.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN FANG, a California resident, and YU LIN, a California resident, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>CMB EXPORT INFRASTRUCTURE INVESTMENT GROUP 48, LP, a Delaware limited partnership; CMB EXPORT LLC, a Texas limited liability company; NK IMMIGRATION SERVICES, LLC, a Texas limited liability company; PATRICK HOGAN, a Texas resident; and NOREEN HOGAN, a Texas resident,<br><br>            Defendants. | Case No.: 2:24-cv-01618-DJC-SCR<br><br>**ORDER GRANTING STIPULATION RE: AMENDED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

The Court, having considered the parties' Stipulation re: Amended Briefing Schedule on Defendants' Motion to Dismiss Second Amended Complaint, and for good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The briefing schedule on Defendants' motion shall be amended as follows, with the hearing date remaining the same:

1. Defense Brief Due:  July 11, 2025
2. Plaintiff's Brief Due: August 15, 2025
3. Reply Brief:   August 29, 2025
4. Hearing on Motion:  October 2, 2025.

**IT IS SO ORDERED.**

Dated:  June 20, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION RE: AMENDED BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT