Richard D. McCune, State Bar No. 132124
rdm@mccunelawgroup.com
Valerie L. Savran, State Bar No. 334190
vls@mccunelawgroup.com
Andrew Van Ligten, State Bar No. 348696
avl@mccunelawgroup.com
**McCUNE LAW GROUP, APC**
18565 Jamboree Road, Suite 550
Irvine, California 92612
Telephone: (909) 557-1250

Chen Fang, State Bar No. 344002
chen.fang.2011@lawmail.usc.edu
4845 Elmwood Avenue, Apt. B
Los Angeles, California 90004
Telephone: (661) 505-8766

*Attorneys for Plaintiffs and the Putative Class*

**IN THE DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chen Fang, a California resident; and Yu Lin, a California resident, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CMB Export Infrastructure Investment Group 48, L.P., a Delaware limited partnership; CMB Regional Centers, a Texas limited liability company; CMB Export, L.L.C., a California limited liability company; NK Immigration Services, L.L.C., an Illinois limited liability company; Patrick F. Hogan, an individual; Noreen Hogan, an individual; Doe Marketing and Sales Defendants (1-10); Doe Management Defendants (11-20); Doe Project Management and Due Diligence Defendants (21-30); Doe Enterprise Defendants; AND DOES (31-40) <br><br> Defendants. | Case No.: 2:24-cv-01618-DJC-SCR <br><br> **ORDER ON UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

# ORDER

The Court, having reviewed Plaintiffs' Unopposed Motion for Administrative Relief to Extend the Page Limit for Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (the "Motion"), hereby orders:

1. The Motion is supported by good cause and is GRANTED; and

2. The page limit for Plaintiffs' memorandum in support of Plaintiffs' opposition to Defendants' motion to dismiss the Second Amended Complaint is extended from 25 pages to 30 pages.

**IT IS SO ORDERED.**

Dated:  August 13, 2025           /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE