**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
Brianna R. Howard (SBN 314642)
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
Email: humphreyss@ballardspahr.com
         howardbr@ballardspahr.com

Attorneys for Defendants

**McCUNE LAW GROUP, APC**
Richard D. McCune (SBN 132124)
Joshua A. Genzuk (SBN 322622)
Valerie Savran (SBN 334190)
18565 Jamboree Road, Suite 550
Irvine, CA 92612
Telephone: 909.557.1250
Email: rdm@mccunewright.com
         jag@mccunewright.com
         vls@mccunewright.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chen Fang, a California resident; and Yu Lin, a California resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CMB Export Infrastructure Investment Group 48, L.P., a Delaware limited partnership; CMB Regional Centers, a Texas limited liability company; CMB Export, L.L.C., a California limited liability company; NK Immigration Services, L.L.C., an Illinois limited liability company; Patrick F. Hogan, an individual; Noreen Hogan, an individual; Doe Marketing and Sales Defendants (1-10); Doe Management Defendants (11-20); Doe Project Management and Due Diligence Defendants (21-30); Doe Enterprise Defendants; and DOES (31-40),<br><br>Defendants. | Case No. 2:24-cv-01618-DJC-SCR<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND PLAINTIFFS' COMPLAINT** |

1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Plaintiff Chen Fang ("Fang") and Defendants CMB Export, L.L.C. and Patrick F. Hogan ("Defendants") (collectively, the "Parties"),[1] by and through their undersigned counsel, hereby jointly STIPULATE and AGREE as follows:

WHEREAS, on April 28, 2025, Plaintiffs filed their Second Amended Complaint in this action (Dkt. 50);

WHEREAS, on March 31, 2026, the Court issued its Order on Defendants' motion to dismiss the Second Amended Complaint, which was granted in part and denied in part (Dkt. 74). The Court also previously ordered the parties to file a joint status report pursuant to the Court's initial case management order within 35 days after the Court's ruling on the motion to dismiss, making the deadline to file the status report May 5, 2026 (Dkt. 65);

WHEREAS, to allow the Parties time to assess the Court's Order and engage in meaningful discussions regarding the status of the case moving forward, the Parties have agreed that the deadline for Defendants to file an Answer to the Second Amended Complaint shall be extended to Friday, May 15, 2026.  The Parties agree that the requested extension will be in the interests of judicial economy.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint shall be Friday, May 15, 2026. IT IS SO STIPULATED.

DATED:  April 13, 2026            **BALLARD SPAHR LLP**

By: ___*/s/ Scott S. Humphreys*___
      Scott S. Humphreys

Attorneys for Defendants

DATED:  April 13, 2026            **McCUNE LAW GROUP, APC**

By: ___*/s/ Valerie L. Savran*___
      Valerie L. Savran

Attorneys for Plaintiff

---

[1] Plaintiff Yu Lin and all other Defendants named in this action have been dismissed from this action by the Court's March 31, 2026, Order on Defendants' Motion to Dismiss (Dkt. 74).

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND PLAINTIFF'S
SECOND AMENDED COMPLAINT

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

## ORDER

Pursuant to the Joint Stipulation by Plaintiff Chen Fang ("Fang") and Defendants CMB Export, L.L.C. and Patrick F. Hogan ("Defendants"), IT IS HEREBY ORDERED as follows:

1.  The deadline for Defendants to respond to the Second Amended Complaint filed by Plaintiffs shall be extended to May 15, 2026.

IT IS SO ORDERED.

Dated:  April 15, 2026                    /s/ Daniel J. Calabretta
                                          _____
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

1
**ORDER**