**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
Brianna R. Howard (SBN 314642)
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
Email: humphreyss@ballardspahr.com
        howardbr@ballardspahr.com

Attorneys for Defendants

**McCUNE LAW GROUP, APC**
Richard D. McCune (SBN 132124)
Joshua A. Genzuk (SBN 322622)
Valerie Savran (SBN 334190)
18565 Jamboree Road, Suite 550
Irvine, CA 92612
Telephone: 909.557.1250
Email: rdm@mccunewright.com
        jag@mccunewright.com
         vls@mccunewright.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chen Fang, a California resident; and Yu Lin, a California resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CMB Export Infrastructure Investment Group 48, L.P., a Delaware limited partnership; CMB Regional Centers, a Texas limited liability company; CMB Export, L.L.C., a California limited liability company; NK Immigration Services, L.L.C., an Illinois limited liability company; Patrick F. Hogan, an individual; Noreen Hogan, an individual; Doe Marketing and Sales Defendants (1-10); Doe Management Defendants (11-20); Doe Project Management and Due Diligence Defendants (21-30); Doe Enterprise Defendants; and DOES (31-40),<br><br>Defendants. | Case No. 2:24-cv-01618-DJC-SCR<br><br>**JOINT REQUEST TO EXTEND DEADLINE TO FILE A JOINT STATUS REPORT**<br><br>[Proposed Order submitted herewith]<br><br>Current Deadline:  May 5, 2026<br>Proposed Deadline:  May 19, 2026 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1

**JOINT REQUEST FOR A COURT ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT**

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to L.R. 144, Plaintiff Chen Fang ("Plaintiff") and Defendants CMB Export LLC and Patrick Hogan ("Defendants") (collectively, the "Parties"),[1] by and through their undersigned counsel, hereby jointly request an order by the Court as follows:

WHEREAS, on April 28, 2025, Plaintiffs filed their Second Amended Complaint in this action (Dkt. 50);

WHEREAS, on March 31, 2026, the Court issued its Order on Defendants' motion to dismiss the Second Amended Complaint, which was granted in part and denied in part (Dkt. 74). The Court also previously ordered the parties to file a joint status report pursuant to the Court's initial case management order within 35 days after the Court's ruling on the motion to dismiss, making the deadline to file the status report May 5, 2026 (Dkt. 65);

WHEREAS, counsel for the Parties are actively involved in discussing the case management and scheduling topics set forth in the Court's initial case management order, but would benefit from additional time to discuss and advise the Court on their proposals.

NOW THEREFORE, the Parties hereby respectfully request that the Court extend the deadline for the Parties to file a joint status report to May 19, 2026.

DATED: May 1, 2026                    **BALLARD SPAHR LLP**

                                       By:   _/s/ Scott S. Humphreys_
                                             Scott S. Humphreys (SBN 298021)
                                             Brianna R. Howard (SNB314642)
                                             Karla M. Vehrs (Pro Hac Vice)

                                       Attorneys for Defendants

---

[1] Plaintiff Yu Lin and all other Defendants named in this action have been dismissed from this action by the Court's March 31, 2026, Order on Defendants' Motion to Dismiss (Dkt. 74).

2

**JOINT REQUEST FOR A COURT ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT**

DATED:  May 1, 2026

**McCUNE LAW GROUP, APC**

By:  __/s/  Valerie Savran_____
(as authorized on May 1, 2026)
Richard D. McCune (SBN 132124)
Joshua A. Genzuk (SBN 322622)
Valerie Savran (SBN 334190)

Attorneys for Plaintiff

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

3

**JOINT REQUEST FOR A COURT ORDER EXTENDING DEADLINE TO FILE A JOINT STATUS REPORT**

## **ORDER**

Pursuant to the foregoing Joint Request, IT IS HEREBY ORDERED that the deadline for the Parties to file a joint status report is extended by two weeks from May 5, 2026 to May 19, 2026.

IT IS SO ORDERED.


Dated:  May 1, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1
**ORDER**