**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
Brianna R. Howard (SBN 314642)
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
Email: humphreyss@ballardspahr.com
         howardbr@ballardspahr.com

Attorneys for Defendants

**McCUNE LAW GROUP, APC**
Richard D. McCune (SBN 132124)
Joshua A. Genzuk (SBN 322622)
Valerie Savran (SBN 334190)
18565 Jamboree Road, Suite 550
Irvine, CA 92612
Telephone: 909.557.1250
Email: rdm@mccunewright.com
         jag@mccunewright.com
         vls@mccunewright.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chen Fang, a California resident; and Yu Lin, a California resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CMB Export Infrastructure Investment Group 48, L.P., a Delaware limited partnership; CMB Regional Centers, a Texas limited liability company; CMB Export, L.L.C., a California limited liability company; NK Immigration Services, L.L.C., an Illinois limited liability company; Patrick F. Hogan, an individual; Noreen Hogan, an individual; Doe Marketing and Sales Defendants (1-10); Doe Management Defendants (11-20); Doe Project Management and Due Diligence Defendants (21-30); Doe Enterprise Defendants; and DOES (31-40),<br><br>Defendants. | Case No. 2:24-cv-01618-DJC-SCR<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' OPERATIVE COMPLAINT**<br><br>Current Deadline:  May 15, 2026<br>New Deadline:      May 22, 2026 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

Plaintiff Chen Fang ("Fang") and Defendants CMB Export, L.L.C. and Patrick F. Hogan ("Defendants") (collectively, the "Parties"),[1] through their undersigned counsel, hereby jointly STIPULATE and AGREE as follows:

WHEREAS, on April 28, 2025, Plaintiffs filed their Second Amended Complaint in this action (Dkt. 50);

WHEREAS, on March 31, 2026, the Court issued its Order on Defendants' Motion to Dismiss the Second Amended Complaint, which was granted in part and denied in part (Dkt. 74).

WHEREAS, counsel are actively in engaged in discussions regarding Plaintiffs' filing of a Third Amended Complaint so as to clarify the operative claims and allegations in this case based on the Court's March 31, 2026 Order, which Defendants have represented that they want to be filed prior to their responsive pleading.  In light of those discussions and the interests of judicial economy, the Parties have agreed to extend the deadline for Defendants to respond to the forthcoming Third Amended Complaint by one week, from May 15, 2026 to May 22, 2026.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that the deadline for Defendants to respond to Plaintiffs' operative complaint shall be extended from Friday, May 15, 2026 to Friday, May 22, 2026.

IT IS SO STIPULATED.

DATED:  May 13, 2026

**BALLARD SPAHR LLP**

By:   _/s/ Scott S. Humphreys_
    Scott S. Humphreys (SBN 298021)

DATED: May 13, 2026

**McCUNE LAW GROUP, APC**

By:   _/s/ Valerie Savran_
    (as authorized on May 13, 2026)
    Valerie Savran (SBN 334190)

Attorneys for Plaintiff

---

[1] Plaintiff Yu Lin and all other Defendants named in this action were dismissed by the Court's March 31, 2026, Order on Defendants' Motion to Dismiss (Dkt. 74).

**ORDER**

Pursuant to the foregoing Joint Stipulation, and good cause showing, IT IS HEREBY ORDERED that the deadline for Defendants to respond to Plaintiff's operative complaint shall be extended to Friday, May 22, 2026.

IT IS SO ORDERED.


Dated:  May 15, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1
ORDER