Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEN FANG, a California resident, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CMB EXPORT, L.L.C., a California limited liability company; NK IMMIGRATION SERVICES, L.L.C., an Illinois limited liability company; PATRICK F. HOGAN, an individual; DOE MARKETING AND SALES DEFENDANTS (1-10); DOE MANAGEMENT DEFENDANTS (11-20); DOE PROJECT MANAGEMENT AND DUE DILIGENCE DEFENDANTS (21-30); DOE ENTERPRISE DEFENDANTS (31-40); and DOES (41-50)<br><br>Defendants. | Case No. 2:24-cv-01618-DJC-SCR<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Before the Court is Defendants' unopposed Request to Seal Plaintiff's Third Amended Complaint ("TAC"). Having determined that good cause exists under Federal Rule of Civil Procedure 26(c) to seal the specific monetary figures identified in Defendants' Request, the Court hereby GRANTS the request and ORDERS as follows:

1. ***Sealing of the Unredacted TAC.*** The unredacted Third Amended Complaint filed at Dkt. 89 on August 10, 2026, is hereby SEALED. The Clerk of Court shall restrict public access to the unredacted TAC on the Court's CM/ECF system.

2. ***Redacted Filing Authorized.*** Plaintiff is instructed to file on the public docket a redacted version of the Third Amended Complaint which redacts the specific monetary figures appearing in paragraphs 43 and 47. All other text in the TAC shall remain unredacted. The redacted version shall become the publicly available operative pleading on the docket.

3. ***Clerk Directed to Maintain Under Seal.*** The Clerk of Court is directed to maintain the unredacted TAC under seal as part of the record of this action, in accordance with Local Rule 141(e). Access to the unredacted TAC shall be limited to: (a) the Court and authorized court personnel; and (b) counsel of record for the parties in this action and their respective clients. This Order shall remain in effect until further order of this Court.

**IT IS SO ORDERED.**

Dated: September 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE